FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2019 APR -3  AM 10: 21

CLERK _____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO: CR408-00064-001 |
| | ) | |
| v. | ) | |
| | ) | |
| ANGEL GRISSETT | ) | |

## ORDER

Upon motion of the Government, IT IS HEREBY ORDERED that Tanya Morrison be substituted as a victim for The Finishing Touch, a privately owned business named as restitution payee in the above referenced case.

IT IS FURTHER ORDERED that all the future restitution payments due to The Finishing Touch be made payable to Tanya Morrison, and mailed to the address on record for Tanya Morrison.

IT IS SO ORDERED, this 2nd day of April, 2019.

_____
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA